## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TEMOR S. SHARIFI,  :
           Plaintiff  :
    :
v.  :
    :
    :  No. 16-1090 L
THE UNITED STATES,  :
           Defendant  :  Judge Victor J. Wolski
    :
    :
_____ :

### AMENDED COMPLAINT

Plaintiff Temor S. Sharifi brings this action against the United States for an unconstitutional taking of property. As grounds therefore, Plaintiff alleges as follows:

1. This is an inverse condemnation action arising out of an unconstitutional taking by the United States without formal condemnation or payment of compensation of an interest in plaintiff's property. The amount of plaintiff's claim for the taking is $1,400,000.00. Jurisdiction is invoked under the Tucker Act, Title 28, Section 1491 of the United States Code. Plaintiff's claim is based on the prohibition of the Fifth Amendment to the United States Constitution against the taking of private property without just compensation.

2. Plaintiff is an individual and citizen of the United States, whose residence is 1527 Naamans Creek Road, Garnet Valley, Pennsylvania 19060.

3. Defendant is the United States of America, Department of Defense, United States Army.

4. Plaintiff owns land in Afghanistan which he inherited from his father. The original land lot consisted of approximately 38 jeribs in Deh-e-Kowchay, Arghandab

District, Kandahar in Afghanistan.

5.  The real estate had been acquired by Plaintiff's grandfather, Haji Muhammed Sharif, approximately 100 years ago. Afghan government records showed that the land on which Combat Outpost Millet was built belonged to Haji Muhammed Sharif, Plaintiff's grandfather (see Plaintiff's Exhibit A (with translation) attached hereto and incorporated herein). This fact was verified, signed and sealed by Arghandab Governor, Shah Mohammad Ahmadi (Plaintiff's Exhibit A).

6.  The land was passed down to Plaintiff's father, Haji Abdul Ghafur Khan. Plaintiff's father is deceased and the land passed to his heirs, Haji Abdul Latif, Abdul Razaq, Ahmad Shah, Raa Gul, Ziwar Gul, Temor Shah Sharifi, Bibi Masuma, and Bibi Jamila. The siblings subdivided the land among themselves by agreement in April 2004 (see Plaintiff's Exhibits B and C (with translation) attached hereto and incorporated herein).

7.  In or about October 2010, Plaintiff discovered that the United States Army wanted to use his land. At that time, Plaintiff was contacted by his brother Abdul Razaq who lives in Afghanistan, and was advised by him that one Captain Reed of the United States Army contacted him regarding leasing Plaintiff's land.

8.  Plaintiff's brother, met with Captain Reed in Captain Reed's office on two occasions to discuss the price for leasing the land, but the matter was never resolved with Captain Reed and Captain Reed never communicated with him again.

9.  Subsequently, plaintiff learned that houses and trees in sections numbered 3 and 4 in the drawing of the land in Plaintiff's Exhibit C had been demolished by the Army, which was also his property.

10. Plaintiff had leased his property to a tenant who resided on the property and farmed the land prior to the Army taking the land.

11. Plaintiff instructed his brother not to return to the Army base for security purposes and to protect his family.

12. Plaintiff contacted Captain Reed directly by telephone and stated that he would provide proof of ownership of the land, which he did. That documentation had been verified by the District Governor for Arghandab District.

13. Thereafter, plaintiff spoke to numerous Army personnel who simply told him to call back and who did not discuss the matter with him.

14. Eventually, plaintiff discovered that the Army used his land to construct Combat Outpost Millet in Deh-e-Kowchay, Arghandab District, Kandahar in Afghanistan. Combat Outpost Millet was built entirely on Plaintiff's property in sections numbered 1 and 2 in the drawing of the land in Plaintiff's Exhibit C.

15. Plaintiff was also told that his neighbors' lands had been taken to construct roads and a helicopter pad.

16. Thereafter, Plaintiff filed a complaint with the Department of Defense by mail, in or about December 2012, utilizing the defense hotline complaint procedure. No response was ever received by plaintiff.

17. The operation of the Army base on plaintiff's land has resulted in a permanent and substantial interference with plaintiff's use and enjoyment of his land amounting to a taking of plaintiff's property without compensation in violation of the Fifth Amendment to the United States Constitution

18. As a result of the defendant's unauthorized taking of plaintiff's property, a

right has accrued to plaintiff for the recovery from defendant of just compensation for the property taken from the date that the taking was effected.

19. The sum claimed by plaintiff as a just compensation for the taking of his land is $1,400,000.00 that sum being the difference between the fair market value of plaintiff's land immediately before the defendant's taking of the land as set forth above.

WHEREFORE, Plaintiff prays a) for judgment in his favor and against the United States in the sum of $1,400,000.00;

b) Interest at the lawful rate from the date of the taking of any interest in plaintiff's property, until the judgment is paid;

c) Full recovery of plaintiff's costs and attorney's fees recoverable under provisions of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, specifically Title 42, Section 4654(c), of the United States Code Annotated (42 U.S.C.A. § 4654(c)); and

d) Such other and further relief as the court deems just and proper.

s/Carolyn L. Gaines
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(215) 747-7381
Attorney for Plaintiff



العفو

شهرت و آدرس عارض

اسم ...

اسم شوهر و اگر عارض زوجه باشد ...   شهرت و آدرس معروض/علیه ...

تاریخ ... قیمت (۲) افغانی   259035

| | | | | | شهرت و آدرس عارض | |
|---|---|---|---|---|---|---|
| ولدیت | ولد | اسم | | | نمبر تذکره | |
| | نمبرخانه | | نمبرتلیفون | | نمبرخانه | |
| قریه | کارته ونمبرسرک | | قریه | | کارته ونمبرسرک | |
| علاقه داری | شهر | | علاقه داری | | ناحیه | |
| ولسوالی | ولایت | | ولسوالی | | شهر | |
| ولایت | محل کار | | ولایت | | ولایت | |
| | نمبرتلیفون | | نمبرتلیفون | | محل کار | |



EXHIBIT A

| امضاء | نمبر جواز | محل کار | شهرت عریضه نویس، اسم | |
|---|---|---|---|---|
| نمبرمسلسل 259035 | رسید | ولد | اسم عارض | |
| | | | موضوع عرض | |
| نمبروصفحه ثبت | تاریخ مراجعه عارض جهت اخذامر | تاریخ تسلیمی عریضه | |

دوینه ظاهر عبدالحفید (۲۱) حبریسه مکنم خ پر رہ کر رحی کبی موشیت من

مون خارجی قوار رحان دباره نبول رہ زہ دارکرد۔ ولولا لیحم کمدین

کرم حیہ درووقال صوف اورکراہحم لا تر رہ

ظاہربا ۰ محمد اعدرا

دار کرد۔ ولولال



شهرت وآدرس عارض

اسم صوحوم حاجی میر محمد شریف خان د دوی خنی باب ۳۵ (۳) قیمت ۳۵

803238

شهرت و آدرس معروف علاقه ۱

اسم شوهر واگر عارض زوجه باشد

| نمبر تذکره | | | | اسم | ولد | ولایت |
|---|---|---|---|---|---|---|
| نمبر تلیفون | نمبر خانه | قریه | نمبر خانه | | نمبر تلیفون | |
| کارته و نمبر سرک | | | ناحیه اودرخیلم | کارته و نمبر سرک | | قریه |
| علاقه داری | | | شهر تره وین | علاقه داری | | شهر |
| ولسوالی | | | ولایت کندهار | ولسوالی | | ولایت |
| محل کار | | | ولایت | محل کار | | ولایت |
| | | | نمبر تلیفون | | | نمبر تلیفون |

حضرت محترم ضیا ب عائشه خان وراره محلی اسلم علیکم و رحمة و برکاته

محترماً نمویز رانی حریبه صاحب اودری دریده سرپرید به ده کوچنیانی موضحیک لری

چ اوس دنا نو حوا و نمویز دری قبضنده سرپرید رهنمایی دعا آباد نه رانی

حریبه صاحب کی ته قرارگ صحیح کریاده ستاسی محترم ضیا ب عائش ته ځنی

به نیبردرنا وی حپله کوچ نمویز عق صریویغ صریع ته ترئیین چ نمویز

سرپریو تاور رارنی اود سملی رهاره دی راکوی.

د انتخاب عزیز بابا لالهج — احمد شریفی

د مامغه و موضع ب باب دانا داروپه

نو تذکره

۱۳۰۱/۱/۳

شهرت عریضه نویس. اسم

اسم عارض محمد — وند عبدالصمد رسمی محل کار نمبرجوار

موضوع عرض

803268

نمبر صفحه ثبت

تاریخ تسلیمی عریضه تاریخ مراجعه عارض جهت اخذامر



جمهوری اسلامی افغانستان

شهرت وادرس عارض

اسم

اسم شوهرواگرعارض زوجه باشد ولد

659058

قیمت (۳) افغانی

نمبرتذکره

| | نمبرخانه | | نمبرتلیفون |
|---|---|---|---|
| اسم | ولد | ولدیت | |
| نمبرتلیفون | نمبرخانه | | |
| کارته ونمبرسرک | قریه | | |
| شهر | علاقه داری | | |
| ولایت | ولسوالی | | |
| محل کار | ولایت | | |
| نمبرتلیفون | | | |

| | | | نمبرتذکره |
|---|---|---|---|
| نمبرتلیفون | | | نمبرخانه |
| کارته ونمبرسرک | | | قریه |
| علاقه داری | | | ناحیه اول |
| ونسوانی | | | شهر باوردی |
| ولایت | | | ولایت کابل |
| محل کار | | | نمبرتلیفون |

sharifi4@verizon.net
001-610-5137816

دفتن محترم ولایت این جلاب آب والی صاحب ! اعلام میم

عریضه ... خونله چه زه تیمورشاه شرینی ولد عبدالغفور ولد سرحوم کدشریف زبار
د نیک حاجی کدشریف په نامه یم د کوچی دا غندراب ولسولی په شمیه کی لوه
د اثرز خایباد چه د مرح بیگونتی قستیم کی ما ته راسیدلی دی و ۲۰۱۰
کال دا کتوبر د میاشتی رایه دیوال دا میکیکی قورد و الاه، ۸۴۶، په رسمی
تطلاحی د په ناندی بدل شوی ده په MILLI په نوم یا دیوی چه داغرته
تاریخ ندرروشته ماروی ترجمان په دزریه هفته کرل زبار و ملکیت اسناد
ورداستولی دی اما دوی د طرفه حکم صیع نوع ح عبوره ندی اوریای
اویدا ندی برخدگی ما خنی د رایی شمیره اوبربنابلیک ارزش کیکی ک
د یه زبانشیند حریی یم تنگ دری با هر تر یزمون دی په دری په میکه و
کندهار ولایت دهنیف ... د دار غندراب کم ولسوال حکم ... عمکار دی ته دیمردار
لرم چه دری په مکله زبا د مثر یرود ملک ی د کری منن ... نیمورشا

| اسم عارض | ولد | رسید | نمبرمسلسل |
|---|---|---|---|
| شهرت عریضه نویس/اسم | محل کار | نمبرجواز | امضا |

موضوع عرض

تاریخ تسلیمی عریضه

تاریخ مراجعه بعرض جهت اخذجواب

نمبروصفحه ثبت

طلا گفتو

۱۳۹ / ۴ / ۲۷

در صورت حکم و لموا ؟ ۱

دا مو بو حلای روند ورکو ۲

بدر کم وزیر رنجیو
هست خنا دوقم زنی



# ARABIC-ENGLISH
## TRANSLATION

### *Arabic Translation Services*
12875 Fair Briar Lane, Fairfax, VA 22033- Phone: (703) 592-9039

---

*BEGINNING OF TRANSLATION*                                    *Translated on 04/25/2013*

---

## Page 1

Temor Shah Sharifi S/O: Abdul Ghafoor
Particulars of Plaintiff                Price (3) Afghani          Serial No. 259035
Name: Haji Abdul Latif S/O Abdul Ghafoor S/o Haji Mohammad Sharif Khan     Date:
14/03/1391= June 3,2012
Husband's name if the wife is plaintiff                        Particulars of Defendant

| ID No. | | We want compensation for our land | Name        S/o        Grand Father | |
|---|---|---|---|---|
| House No. | Tel No. | | House No. | Tel No. |
| Street No. | Village :Deh-Kochi | | Street No. | Village |
| Area: 1 | Region | | City | Region |
| City: | Town | | Province | Town |
| Province: Kandhar | Province : Arghandab | | Place of work | Province |
| Place of work | Tel No. | | Tel No. | |

Respected Governor of Arghandab,

We have 6(jr) land and three houses which are located in Argandab province       (Deh-Kochi). U.S Army has occupied our land in October 2010 and they have built a military base on it. I request you kindly to make its compensation to me.

(Thumb Impression)

| Name of Petitioner's Writer | Place of Work | License No. | Signature |
|---|---|---|---|
| Petitioner's Name Subject of Petition | S/o | Receipt | Serial No. 259035 |

Petition submission date          Date of Petition              File No.

**Page 2**

Signed by Abdul Latif. I, the Governor of Arghandab, verify that 6(jr) land which is located in Deh-Kochi, is taken by U.S Army. They did not pay any rent or compensation for the past two years.

Signed: By Haji Shah Mohammad Ahmadi (Governor of Arghandab)

Sealed: Province of Arghandab, State of Kandahar.

**Page 3**

| Particulars of Plaintiff: | Price (3) Afghani | Serial No. 803268 |
| Name: Descendent of Haji Mohammad Sharif 2010 | | Date:  14/9/1389 = Dec 7 |
| Husband's name if the wife is plaintiff: | | Particulars of Defendant |

| ID No. | | | Name        S/o        Grand Father | |
|---|---|---|---|---|
| House No. | Tel No. | | House No. | Tel No. |
| Street No. | Village | | Street No. | Village |
| Area: Awal | Region | | City | Region |
| City: Banawari | Town | | Province | Town |
| Province: Kandhar | Province | | Place of work | Province |
| Place of work | Tel No. | | Tel No. | |

Honorable Governor of Kandahar:

Sir,

We have 6( jr ) land and three houses which are situated in Deh Kochi. Now the U.S Army have demolished our houses and have built their permanent station on that land.

Sir, we respectfully draw your attention to this matter and request you to kindly to pay us compensation for the destroyed houses and monthly rent for the above stated land.

Yours truly,

Ahmad Shah Sharifi

Dear Arghandab Governor,

Please verify the ownership of the above mentioned land.

Signed by Kandahar Governor

On 13/10/1389 =  January 3, 2011

| Name of Petitioner's Writer | Place of Work: Eid Ghah | License No. | Signature |
|---|---|---|---|
| Petitioner's Name | S/o | Receipt | Serial No. 803268 |

Subject of Petition

Petition submission date                Date of Petition                File No.


## Page 4

Dear Governor:

I have verified all the ownership documents and the land belongs to Haji Mohammad Sharif.


Signed by Arghandab Governor (Shah Mohammad Ahmadi)

Sealed (State of Kandahar province of Arghandab)


## Page 5

Temor Shah Sharifi S/O: Abdul Ghafoor
Particulars of Plaintiff                 Price (3) Afghani            Serial No. 659058
Name                                                                      Date:
Husband's name if the wife is plaintiff                               Particulars of Defendant

| ID No. | | Our Agent email: | Name        S/o        Grand Father | |
|---|---|---|---|---|
| House No. | Tel No. | sharifi4@verlzon.net | House No. | Tel No. |
| Street No. | Village | Tel- 610-494-5685 | Street No. | Village |
| Area: Awal | Region | | City | Region |
| City: Banawari | Town | | Province | Town |
| Province: Kandhar | Province | | Place of work | Province |
| Place of work | Tel No. | | Tel No. | |

Honorable Governor,

With due respect I wish to state that I am Temor Shah Sharifi, Son of Abdul Ghafoor, the grandson of Mohammad Sharif. I have land in Deh-Kochi, Arghandab. The U.S Army constructed a military base called Millet at my said land in Oct, 2010, I have provided them all the supporting documents to prove my ownership though their translator but I have received no response so far. I request you kindly to decide my case as soon as possible.

Yours truly,


Temor Shah Sharifi


| Name of Petitioner's Writer | Place of Work | License No. | Signature |
|---|---|---|---|
| Petitioner's Name | S/o | Receipt | Serial No. 659058 |

Subject of Petition


Petition submission date          Date of Petition                    File No.


## Page 6


Verified by Governor of Kandahar: On 27/04/1391 = (17th July 2012)


To the Governor of Arghandab:
Please resolve this matter under the law.

Signed by Kandahar Governor Office

Signed by: Abdul Latif, Abdul Razaq, Ahmad Shah, Temor Shah

Thumb Impression of: Bibi Ziwar Gula , Masuma, Jamila

Signed by witnesses: Asadullah, Hafizullah

---

END OF TRANSLATION

As a translator of French, I, Zeenatullah Khan, certify that I am a bilingual translator thoroughly familiar with the English and the Pashto/Dari languages, and that I have translated the attached document to the best of my knowledge, and that the English translation is an accurate and true translation of the original document/documents presented to me.

*Zeenatullah Khan*

*I, Miranda Conyers, President/CEO of the company, attest that the above Pashto/Dari translator, who translated the above mentioned documents, is a qualified translator, whose credentials prove his translation abilities.*

Corporate Member of the American Translators Association

Miranda Conyers
President/CEO

۲۰۰۴ / اپریل / ۲۱

تقسیم خط

*[متن دست‌نویس به زبان فارسی]*

EXHIBIT B

# Inheritance Agreement

**01/1383**

**April,2004**

Haji Abdul Latif, Abdul Razaq, Ahmad Shah, Temor shah, Raa gul, Ziwar Gul, Bibi Masoma and Bibi Jamila confess and claim that they are descendant of Haji Abdul Ghafoor Khan, Son of Haji Mohammad Sharif Khan.

We are the heir of our father, Haji Abdul Ghafoor Khan; we have divided our father's properties by agreement of all in today's value as below:

Land of Arghandaab belongs to Haji Abdul Latif, Abdul Razaq, Ahmad shah, Raa Gul and Bibi Ziwar Gul. Land of Deh Kochi ( Morghan), belongs to Temor shah and his sisters, Bibi Jamila and bibi Masuma.

It is authorized by Temor Shah that 7 ½ jr in garden and wine yard of Murghaan ( Deh-kochi) and 6 jr in agricultural land that totally is 13 ½ jr ( The price has been estimated about eight hundred thousand Pakistani rupees per jr) belongs to Temor Shah and his sisters.

All brothers and sisters have rights in property of Toop khana Yard and Mansoor kala which is not divided yet. Furthermore, we are all agree that the 2 jr of our father's property in Deh-Kochi is selected for building of one Masjid and a house for Abdul Latif, Abdul Razaq, Ahmad Shah and Temor Shah.

The land of Mazar Baba which is about 38 jr will be sold in the future and the money will be used for building of Masjid and four houses.

We brothers and sisters all agree on this written agreement.

Signed by: Abdul latif, Abdul Razaq, Ahmad Shah, Temor Shah

Finger prints of: Bibi Ziwar Gula , Masuma, Jamila

Signed by witness: Asadullah, Hafizullah

All inheritance agrees on the above agreement.

I verify that!

With respect, Haji Shah. M. Ahmadi

The Governor Of Arghandab

Signed, Sealed

Signed by: Abdul Latif, Abdul Razaq, Ahmad Shah, Temor Shah

Thumb Impression of: Bibi Ziwar Gula , Masuma, Jamila

Signed by witnesses: Asadullah, Hafizullah

---

END OF TRANSLATION

As a translator of French, I, Zeenatullah Khan, certify that I am a bilingual translator thoroughly familiar with the English and the Pashto/Dari languages, and that I have translated the attached document to the best of my knowledge, and that the English translation is an accurate and true translation of the original document/documents presented to me.

*Zeenatullah Khan*

*I, Miranda Conyers, President/CEO of the company, attest that the above Pashto/Dari translator, who translated the above mentioned documents, is a qualified translator, whose credentials prove his translation abilities.*

Corporate Member of the American Translators Association

Miranda Conyers
President/CEO

ARABIC TRANSLATION SERVICES
CORPORATE
CERTIFIED TRANSLATOR
SEAL
Since 2005



نمبر مسلسل
7949983

تاریخ ۱۳۹۵/۹/۲۲

شهرت وآدرس عارض

اسم تمور رشاه شریفی ولد حاجی عبدالغفور (۵) افغانی

اسم شوهر واگر عارض زوجه باشد   ورثه حاجی تمرشریف خان

شهرت وآدرس معروض علیه

| | | | | | |
|---|---|---|---|---|---|
| ولدیت | اسم | | نمبر تذکره | | |
| نمبر تلیفون | نمبر خانه | | نمبر خانه | | نمبر تلیفون |
| کارته ونمبر سرک | قریه | | قریه دهکوچی | | کارته ونمبر سرک |
| علاقه داری | شهر | | ناحیه | | علاقه داری |
| ولسوالی | ولایت | | شهر | | ولسوالی ارغنداب |
| ولایت | محل کار | | ولایت کندهار | | ولایت |
| | نمبر تلیفون | | محل کار | | نمبر تلیفون |

د کندهار ولایت د ارغنداب ولسوالي محترم ولسوال صاحب ته !

مو ته تولو ورونو اوخویندي ده مرحوم تمرشریف خان ورثه (دعبدالغفورخان اولاد) چې په
۱۳۸۳/۱/۱ هـ ش یا ۱۹/۰۴/ ۲۰۰۴ م حال ، اوتاریخ غزا دخیلي کور فه ترمنع کړی دی .
دغه جایداد ، چې دارغنداب په ولسوالی الجراره لري ، پنا بین (مرنا) (دده کوچي) کې رامه نده لري ،
پر دغه تقسیم خط باندي قناعت لرو . دا کتوبر ۲۰۱۵ راهیسی ، دغه شیان در یرع ، کرچي پر
تقسیم خط کي وما ته ( تمور رشاه شریفي) را رسیده لپ ده او پر ده کوچي کي موقیت لري ، د
امریکایي عسکرو لخوا تظاهمي ده ده پ کندهار جوړه سر ده ۶ او اوس ، دافغانستان دملي اوردو
په لاس کي ده . چي په نقشه کي په هاند مولومیری ؛ مشته تصویر هیلده ده چي دغه تقسیم خط
تصدیق اوهم دغه شیان جي بیم مونا ( تمور رشاه شریفي) پر رجاره لري ، هم تصدیق کړي ،
د پره مهربانی به مو وي .

یاد داشت : لدغه عارضي سره زبر د رو تقسیم د ورثه د مسافادونو (دکوچي) ده نو هم شراه به به ده مری
پرورونه او رو ورذ خاکسنور عریضي مل دی .

## EXHIBIT C

| | | | | |
|---|---|---|---|---|
| امضاء | | نمبر جواز | محل کار | شهرت عریضه نویس ،اسم |
| | | رسید | ولد | اسم عارض |
| نمبر مسلسل | | | | موضوع عرض |

7949983

زه دا پیمه ان وکوال کی ئے تاسیه کوم

سوارپ

حقشه قه اجری

وکوال وپنه اب





79,60

④ 36
7o m

86 m

76,6o m

② 
11266,475 m²

149 m

9m

155 m

13758,75 m²

136,75 m

13 m

146,40 m

186 m

224,7o m

it belongs to
Haji Latif Khan
Ahmad shah
Abdul Razaq

③

it belongs to
Timur Shah
Khan

46,2 m

①

it belongs
to Timur
Shah Khan

78 m

18 m

64m

160,5 m

19,5 m
land for
houses

52,03 m

it belongs
to Haji
latif Khan
Abdul Razaq,
Ahmad shah,

72 m

l8 m

lo2 m

1+2 = 12000 m²
3 = 13758,4
4 = 12 60
_____
12018

ziwar aul    masuma   Jamila     Ahmad shah

Ab,latif      Timur shah

muhammad nesim

Ab,Razaq

Iqra translation
Center

Name-Temor Shah Sharifi   S/O Abdul Ghafoor, Inheritance of Haji.M.Sharifi

Serial # 7949983

Date-09/22/1395 (12/12/2016)


To the Governor of the Arghandab Province, Kandahar State!

We all brothers and sisters (The inheritance of Mohammad Sharif Khan and children's of Abdul Ghafoor Khan) agree to the following statement:

   On 01/01 1383 (04/19/2004) , we divided the  land which is part of Arghandab Province and located in Tabin( Morghan,Dehkuhi) , between each other. Since Oct-2010, the 6 Jerib land which is part of the above land and I inherited from my Grandfather and located in Deh-Kochi, is taken by US Army and built a Military base on it.Now it is transferred to Afghan military. It has been clearly shown on the sketch.

   We respectfully request from you to verify that inheritance sketch and this land (6 Jerib) which is belong to Temor Shah Sharifi. We will really appreciate that.

Note- Attach to this document is:

Inheritance agreements and sketch of Deh-kochi land and other related documents.

Sincerely, Temor Shah Sharifi

12/12/2016

Serial # 7949983

I the Governor of the Arghandab Province, verify that the (6 Jerib) land belong to Temor Shah Sharifi!

With respect, Shah.M.Ahmmad, the Governor of Arghandab

Signed.