# Def.'s Ex. 2

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEMOR S. SHARIFI, | ) |
| | ) |
| | ) No. 16-1090 L |
| Plaintiff, | ) |
| | ) Judge Victor J. Wolski |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant | ) |
| | ) |

## **DECLARATION OF BRUCE L. MARKLEY**

I, Bruce L. Markley, make the following declaration:

1. I am over the age of 18 and legally competent and capable of making this Declaration. I have personal knowledge of the facts contained in this Declaration.

2. I am currently the geologist with the U.S. Army Corps of Engineers, Transatlantic Division. I have held the position of geologist in the U.S. Army Corps of Engineers for 16 years. In this position, I am responsible for providing comprehensive geospatial support to the U.S. Army Corps of Engineers Transatlantic Division. My geospatial production includes visualizing, analyzing, and interpreting complex terrain, spatial, and physical sciences data utilizing current Geographic Information Systems (GIS) software processing tools. I provide the U.S. Army Corps of Engineers Transatlantic Division's Real Estate section with maps, imagery products, and other geospatial data in support of their land use mission for U.S. forces in Afghanistan and other countries.

3. Attached to this declaration is Exhibit A, an othomoasic image of Combat Outpost (COP) Millet with legend and other data prepared and provided by the U.S. Army Corps of Engineers. Exhibit A was prepared in the normal course of business, is maintained in accordance with our internal business practices, and is a true and accurate copy of the image. The orthomosaic image utilized in Exhibit A was collected by the U.S. Army Corps of Engineers' Buckeye system, which provides approximately 10-centimeter resolution orthoimagery of an area of interest using a fixed-wing platform. The orthomosaic image in Exhibit A used individual images collected on 7, 8, 9, and 12 November 2011 and global positioning system (GPS) data associated with the images. The map scale of Exhibit A is derived from the GPS data associated with the image using the ESRI ArcMAP GIS software package. U.S. Army Corps of Engineers and the US Army consider the map scales generated by this type of data and GIS software as accurate.

4. As indicated on Exhibit A, COP Millet comprises an area of 5.8071 Jeribs.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true and correct.

Executed this 10th day of April 2017.

*Bruce L. Markley*

Bruce L. Markley

# Exhibit A

# COP Millet

1:2,250

Kandahar Province

| Name | Area (sq. m.) | Area (Jerib) |
|---|---|---|
| COP Millet: | 11,614.15 | 5.8071 |

IMAGE DATA: Buckeye
IMAGE DATE: 12 Nov 2011

Area of the orthomosaic image

Kandahar Province

Kandahar

Site Location

Afghanistan