# Def.'s Ex. 4

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEMOR S. SHARIFI,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant | )<br>)<br>)  No. 16-1090 L<br>)<br>)  Judge Victor J. Wolski<br>)<br>)  *Electronically filed on April 10, 2017*<br>)<br>)<br>) |

### DECLARATION OF PATRICK R. MICHAELIS

I, Patrick R. Michaelis, make the following declaration:

1. I am over the age of 18 and legally competent and capable of making this Declaration. I have personal knowledge of the facts contained in this Declaration.

2. I am currently a Colonel in the United States Army assigned to 2nd Recruiting Brigade, AL.

3. I served on active duty in the United States Army for 25 years. During that time, I deployed as the Squadron Commander, 8th Squadron, 1st Cavalry Regiment, 2nd Stryker Brigade, 2nd Infantry Division, in support of the International Security Assistance Force (ISAF). I was deployed in that position from May 2012 until January 2013. I was responsible for coalition forces stationed in and around Kandahar City and support to Afghan Uniformed Police.

4. I am familiar with Combat Outpost (COP) Millet because for a period of time it was under my operational responsibility. Based on information available to me in my official capacity, I am aware that the control and responsibility for the real property on which COP Millet, also called PSS 3, was located, along with the COP itself, were turned over to the Afghan Uniform Police not later than September 1, 2012.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true and correct.

Executed this 6th day of April 2017.

                                                             Patrick R. Michaelis<br>
                                                             COL, AR