# Def.'s Ex. 5

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TEMOR S. SHARIFI, | ) |
| | ) |
| | ) No. 16-1090 L |
| Plaintiff, | ) |
| | ) Judge Victor J. Wolski |
| v. | ) |
| | ) *Electronically filed on April 10, 2017* |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant | ) |

## DECLARATION OF BARRY F. HUGGINS

I, Barry F. Huggins, make the following declaration:

1. I am over the age of 18 and legally competent and capable of making this Declaration. I have personal knowledge of the facts contained in this Declaration.

2. I am currently a Colonel in the United States Army assigned to Fort Belvoir, Virginia.

3. I served on active duty in the United States Army for 32 years. During that time, I deployed as the Commander, 2d Stryker Brigade Combat Team, 2nd Infantry Division (2/2 SBCT), in support of the International Security Assistance Force (ISAF). I was deployed in that position from April 2012 until January 2013. I was responsible for conducting combat and security assistance operations in the northern half of Kandahar Province, including Kandahar City.

4. In approximately September 2012, I signed a document, SUBJECT: Intent for Permanent Transfer of COP Millet. The stated purpose of the document was to memorialize the intent of the International Security Assistance Force (ISAF) to transfer Combat Outpost (COP) Millet to Police Sub-Station 13, Kandahar City Police Headquarters, which was to receive possession and control of COP Millet upon completion of joint inspection. The document also states the intent to absolve ISAF forces of any responsibility for the facility, contracts for services, or the land on which it is located.

5. The above-referenced document is attached to this Declaration as Exhibit A. Exhibit A is a true and accurate copy of the original document I signed in September 2012.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true and correct.

Executed this 27th day of March 2017.

*Barry F. Huggins*
_____

Barry F. Huggins

# Exhibit A

COMBINED TASK FORCE LANCER
2D STRYKER BRIGADE COMBAT TEAM, 2D INFANTRY DIVISION
CAMP NATHAN SMITH, AFGHANISTAN
APO AE 09367

سر صفحه رسمی از طرف لواء و كندك قومندانی ساحوی

### STATEMENT OF INTENT
متن هدف

### FOR THE TRANSFER OF COP MILLET
بر ای بستن/ انتقال قرارگاه پیشرانده شده/ قرارگاه محاربوی/ پوسته نظارتی

SUBJECT: Intent For Permanent Transfer of COP Millet

موضوع: هدف بستن یا انتقال دائمی( *پوست نظارکی* )

1. The purpose of this document is to memorialize the intent of the International Security Assistance Force (ISAF) to transfer COP Millet:  Specifically, Police Sub Station 13, 3rd KDK, 3rd Garrison, Kandahar City Police Headquarters intends to receive possession and control of COP Millet at the date listed below, and absolves ISAF forces of any responsibility for the facility, contracts for services, or the land on which it is located.

1.هدف این سند یادآوری توافق میان طرف ها می باشد: قواه وظیفوی *آیساف* ،قول اردوی اردوی ملی افغان، زون ___ *۹ل___* پولیس ملی افغان، دفتر والی ولایت *کندهار* ، و دفتر والی ولسوالی ( برای انتقال اضافه گردد) مخصوصاً، جزء و تام *قرارگاه سوم کندک سوم قوماندانی* قول اردوی *قوماندانی* هدف دارد تا مالکیت و کنترول( اسم تاسیسات) *پوست نظارکی* را در یک تاریخ که تعیین خواهد گردید در دست گیرد، و قوای آیساف را از هرگونه مسئولیت های تاسیسات، قرارداد های خدماتی، یا زمین که در آنجا موقعیت دارد مبرا سازد.

| **Base** | **Nominated for:** | **Unit** | **Tentative Date** |
|---|---|---|---|
| **بیز** | **نامزد گردیده برای:** | **جزء و تام** | **تاریخ آزمایشی** |
| **COP Millet** | **Transfer** | **3 KDK, 3rd Garrison, PHQ** | **25 SEP 12** |
| *کندک سوم گاریسیزیرن سوم قوماندانی* | *انتقال* | *پوست نظارکی یا قرارگاه* | ۲۱ سپتمبر ۱۲ |

2. All parties intend to transfer the above listed facility located in Kandahar City, Kandahar Province in a timely and efficient manner.

**2.** همه طرف ها به انتقال به موقع و موثر تاسیسات که در ولسوالی *بشترکندهار* ،ولایت *کندهار* موقعیت دارد توافق می نمایند.

- Page 1 of 2

3.  Nothing in this statement alters or amends the parties' rights or obligations pursuant to the Military Technical Agreement, or any other real estate instrument between the parties.

3. هیچ چیز در این تعهد باعث تغییرات یا اصلاحات در حقوق یا وظایف طرف ها متعاقب به موافقتنامه تاکتیکی نظامی،یا کدام سند دیگر مالکیت حقیقی در بین طرف ها  نمی گردد

BARRY F. HUGGINS
COL, IN 2-2 SBCT
Commanding
والی ولسوالی