# In the United States Court of Federal Claims

No. 16-1090 L
(Filed: July 11, 2019)

**TEMOR S. SHARIFI**

    **Plaintiff**

**v**                                                                                 **JUDGMENT**

**THE UNITED STATES**

    **Defendant**

Pursuant to the court's Opinion, filed July 11, 2019, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed.   No costs.

                                              Lisa L. Reyes
                                              Clerk of Court

                                          By:  s/Anthony Curry

                                              Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.