IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEMOR S. SHARIFI, | : |
| Plaintiff | : |
| v. | :   No. 16-1090 L |
| THE UNITED STATES, | : |
| Defendant | : |

## NOTICE OF APPEAL

Notice is hereby given that Temor S. Sharifi, plaintiff in the above named case, hereby appeal to the United States Court of appeals for the Federal Circuit from the final judgment entered in this action on July 11, 2019.

Respectfully submitted,

_Carolyn L. Gaines_
Carolyn L. Gaines, Esquire
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(267) 567-2001
Attorney for Plaintiff

Dated: September 6, 2019

RECEIVED - USCFC
SEP 09 2019

**FROM:**
Carolyn L. Gaines, Esq.
Ste. 1700
1515 Market St.
Phila., PA 19102
Phone: 267-567-200[?]

**TO:**
Clerk, US Court of Federal Claims
717 Madison Pl. NW
Washington, D.C.
20439

USPS Priority Mail Express
PO ZIP Code: 19144
Scheduled Delivery Date: 9/9/19
Postage: $25.80
Date Accepted: 9/6/19
Scheduled Delivery Time: NOON
Time Accepted: 3:54 PM
Total Postage & Fees: $25.80

U.S. POSTAGE PAID
PME 1-Day
PHILADELPHIA, PA 19144
SEP 06, 19
AMOUNT $25.50
R2305M144887-22

EJ 150 510 450 US

NOON DELIVERY